# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0835

_____

CYNTHIA ARISTIZABAL,

    Appellant,

    v.

DEPARTMENT OF REVENUE and
JOSE ALBERTO VASQUEZ,

    Appellees.

_____

On appeal from the Department of Revenue Child Support Program.
Brittany O. Finkbeiner, Administrative Law Judge.

April 3, 2024

PER CURIAM.

Because the appellant has failed to meet her burden to demonstrate reversible error, we affirm. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("When there are issues of fact the appellant necessarily asks the reviewing court to draw conclusions about the evidence. Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal.").

AFFIRMED.

OSTERHAUS, C.J., and RAY and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Catherine Gleason, Gainesville, for Appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellee Department of Revenue.

Luis Enrique Diaz, Miami, for Appellee Alberto Vasquez.